UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV507 JAR |
| ) | |
| CAROLYN COLVIN, ) | |
| ACTING COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, filed June 10, 2013 (ECF No. 19).  Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Mummert.  In his report, Magistrate Judge Mummert recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff was granted fourteen (14) days to file any objections to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [19] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

1

Dated this 25th day of June, 2013.

                                                                                           _____
                                                                                           JOHN A. ROSS
                                                                                           UNITED STATES DISTRICT JUDGE